# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **MA-BBO Five, LP**

Case No.  **11-40644**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Parkwood Real Estate Partners, LLC 1600 Broadway Suite 150 Denver, CO  80202 | | Purchase Money | | **$15,532,658.74** **Value: $0.00** |
| Hillcrest Bank 11111 West 95th Street Overland Park, KS  66214 | | Purchase Money | | **$17,690,625.25** **Value: $5,708,966.99** |
| MA BB Owen, LP 13455 Noel Road 23rd Floor Dallas, TX  75240 | | Unsecured Note | | **$4,033,295.97** |
| Tri-Properties, Ltd. 13455 Noel Road 23rd Floor Dallas, TX  75240 | | Purchase Money | | **$3,307,400.92** **Value: $0.00** |
| Thompson & Knight One Arts Plaza 1722 Routh Street Suite 1500 Dallas, TX  75201-2533 | | Unsecured Debt | | **$23,688.00** |
| Higier Allen & Lautin 5057 Keller Springs Road Suite 600 Addison, TX  75001 | | Unsecured Debt | | **$10,950.00** |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **MA-BBO Five, LP**

Case No.   **11-40644**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kenneth L. Maun<br>2300 Bloomdale Road<br>Suite 2324<br>McKinney, TX  75071 | | Taxes | | **$5,342.00**<br>**Value: $0.00** |
| Ryan & Company, PC<br>5440 Harvest Hill Road<br>Suite 200<br>Dallas, TX  75230 | | Unsecured Debt | | **$125.00** |
| Meteor Logistics Xpress<br>P.O. Box 833427<br>Richardson, TX  75083 | | Unsecured Debt | | **$20.13** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **3/14/2011**_____

Signature:  **/s/ By MA-BBO Five Holdings,LLC, John Marlin**_____
**By MA-BBO Five Holdings,LLC, John Marlin**
**Manager**