**JOYCE W. LINDAUER**
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas  75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MA-BBO FIVE, LP | § | CASE NO. 11-40644 |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

## RESPONSE TO MOTION OF HERITAGE LAND BANK FOR RELIEF FROM AUTOMATIC STAY AGAINST REAL PROPERTY IN COLLIN COUNTY, TEXAS, WAIVER OF THIRTY-DAY HEARING REQUIREMENT AND <u>REQUEST FOR HEARING IN PLANO, TEXAS</u>

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, **MA-BBO Five, LP,** Debtor, in the above styled and numbered bankruptcy proceeding and files this its response to Motion of Heritage Land Bank for Relief From Automatic Stay Against Real Property in Collin County, Texas, Waiver of Thrity-Day Hearing Requirement and Request for Hearing in Plano and would respectfully show the Court as follows:

### SPECIFIC ADMISSIONS

1. Debtor admits the allegations contained in paragraph 1 of the Motion.

2. Debtor admits the allegations contained in paragraph 2 of the Motion

3. Debtor admits the allegations contained in paragraph 3 of the Motion.

4. Debtor admits the allegations contained in paragraph 4 of the Motion.

5. Debtor admits the allegations contained in paragraph 5 of the Motion to the extent the loan documents so provide.

6. Debtor admits the allegations contained in paragraph 6 of the Motion to the extent the promissory note so provide.

7. Debtor admits the allegations contained in paragraph 7 of the Motion to the extent the loan documents so provide.

8. Debtor admits the allegations contained in paragraph 8 of the Motion as to the extent the loan documents so provide.

9. Debtor admits the allegations contained in paragraph 9 of the Motion as to the extent the loan documents so provide.

## SPECIFIC DENIALS

10. Debtor denies the allegations contained in paragraph 10 of the Motion.

11. Debtor denies the allegations contained in paragraph 11 of the Motion.

12. Debtor denies the allegations contained in paragraph 12 of the Motion.

13. Debtor denies the allegations contained in paragraph 13 of the Motion.

14. Debtor denies the allegations contained in paragraph 14 of the Motion.

15. Debtor denies the allegations contained in paragraph 15 of the Motion.

16. Debtor denies the allegations contained in paragraph 16 of the Motion.

17. Debtor denies the allegations contained in paragraph 17 of the Motion.

18. Debtor denies the allegations contained in paragraph 18 of the Motion.

19. Debtor denies the allegations contained in paragraph 19 of the Motion.

20. Debtor denies the allegations contained in paragraph 20 of the Motion.

21. Debtor denies the allegations contained in paragraph 21 of the Motion.

22. Debtor denies the allegations contained in paragraph 22 of the Motion.

23. Debtor denies the allegations contained in paragraph 24 of the Motion.

## CANNOT ADMIT OR DENY

24. Debtor cannot admit or deny the allegations contained in paragraph 23 of the Motion.

## STATEMENT OF ADEQUATE PROTECTION

1. The Movant is protected by the value of the property.

2. The Debtor has a Plan on file. The property is necessary to a reorganization. A reorganization is in process.

3. The Debtor has equity in the property.

4. The Debtor is maintaining the property and protecting Movant's interest in the property.

WHEREFORE, PREMISES CONSIDERED, Debtor prays the Court deny the Motion for Relief requested and grant the Debtor such other and further relief to which it may show itself entitled.

Dated: August 16, 2011

    Respectfully Submitted,
    /s/ Joyce W. Lindauer
    Joyce W. Lindauer
    State Bar No. 21555700
    Attorney at Law
    8140 Walnut Hill Lane
    Suite 301
    Dallas, Texas 75231
    (972) 503-4033 Telephone
    (972) 503-4034 Facsimile
    Attorney for Debtor

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2011, a true and correct copy of the foregoing document was forwarded via electronic filing to those persons receiving electronic notice or First Class US Mail to the following:

Charles E. Lauffer, Jr.
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903-535-2900
FAX: 903-533-8646

/s/ *Joyce W. Lindauer*
Joyce W. Lindauer